AO 91 (Rev. 11/11)  Criminal Complaint

FILED

## UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

for the

District of New Mexico

OCT 04 2024

MITCHELL R. ELFERS
CLERK OF COURT

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Claudiu Pesteleu | ) | Case No. 24-1443 MJ |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___May 26, 2023 to June 25, 2024___ in the county of ___Luna and Lea___ in the _____ District of ___New Mexico___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |
| 18 U.S.C. § 1956(h) | Conspiracy to Launder Monetary Instruments |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Juan C. Sanchez, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __4 Oct 2024__

_____
*Judge's signature*

City and state: ___Las Cruces, New Mexico___

Damian L. Martinez, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Juan C. Sanchez, having first been duly sworn, hereby depose and state as follows:

### INTRODUCTION

1.      I am a Special Agent (SA) with Homeland Security Investigations (HSI) and have been so employed since September of 2021. I am currently assigned to HSI's Deming, New Mexico office. My primary responsibilities include investigating criminal violations of the United States Code in the District of New Mexico. My experience in this position has included but is not limited to interviewing suspects, witnesses, and victims; executing arrests and searches; collecting and processing evidence; analyzing records and digital evidence; and completing hundreds of hours of training in these topics and others, such as criminal law and financial crimes.

2.      I submit this affidavit in support of a criminal complaint charging CLAUDIU PESTELEU with one count of conspiring to commit wire fraud in violation 18 U.S.C. § 1349 and one count of conspiring to launder monetary instruments in violation of 18 U.S.C. § 1956(h). As set forth below, CLAUDIU PESTELEU is believed to have the following aliases: Matthias Zammer; Thomas Muller; Samuel Der Saar; and Fred Laport.

3.      The statements contained herein are based on my personal knowledge and observations; information provided to me by other law enforcement; lawfully obtained evidence; reviews of various documents, records, and reports; and interviews conducted by law enforcement.

4.      Because I am submitting this affidavit for the limited purpose of establishing probable cause, it does not include every fact I know concerning the investigation. I have only set forth the facts I believe are necessary to establish probable cause.

5.      Unless otherwise noted, all references herein to times and dates are approximate, and all references herein to document contents and the statements of others are non-verbatim.

1

## RELEVANT STATUTES

6.    18 U.S.C. § 1343 establishes that it is a federal crime to, for obtaining money by means of false or fraudulent pretenses, representations, or promises, transmit or cause to be transmitted by means of wire in interstate commerce, any writings or signals.

7.    18 U.S.C. § 1349 establishes that it is a federal crime to attempt or conspire to commit any offense under Chapter 63 - Mail Fraud and Other Fraud Offenses.

8.    18 U.S.C. § 1956(a)(1)(A)(i) establishes that it is a federal crime to, knowing that the property involved in a financial transaction represents the proceeds of some form of unlawful activity, conduct or attempt to conduct such a financial transaction which in fact involves the proceeds of specified unlawful activity with the intent to promote the carrying on of specified unlawful activity.

9.    18 U.S.C. § 1956(a)(1)(B) establishes that it is a federal crime to, knowing that the property involved in a financial transaction represents the proceeds of some form of unlawful activity, conduct or attempt to conduct such a financial transaction which in fact involves the proceeds of specified unlawful activity, knowing that the transaction is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity.

10.    18 U.S.C. § 1956(c)(7) and 18 U.S.C. § 1961 establish that violations of 18 U.S.C. § 1343 (relating to wire fraud) constitute a specified unlawful activity.

11.    18 U.S.C. § 1956(h) establishes any person who conspires to commit any offense defined in section 1956 or section 1957 shall be subject to the same penalties as those prescribed for the offense the commission of which was the object of the conspiracy.

12.    18 U.S.C. § 1957(a) establishes that whoever, in certain specified circumstances,

knowingly engages or attempts to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from specified unlawful activity, shall be punished.

## RELEVANT TARGET ENTITIES

13.    According to records from Florida Department of State, Division of Corporations, Zammer Equipment LLC ("Zammer Equipment") is a Florida-registered Limited Liability Company organized on May 26, 2023, principal office located in Jacksonville, FL, whose authorized member is "Matthias Zammer." "Matthias Zammer" is a known alias of CLAUDIU PESTELEU.

14.    Super Exotic Deals LLC ("Super Exotic Deals") is a Florida-registered Limited Liability Company organized on March 07, 2024, principal office located in Pembroke Pines, FL, whose authorized member is "Samuel Der Saar." "Samuel Der Saar" is an alias of CLAUDIU PESTELEU.

15.    Premier E. Liquidators LLC ("Premier E. Liquidators") is a Florida-registered Limited Liability Company organized on February 26, 2024, principal office located in Weston, FL, whose authorized member is "Fred Laport," who is believed to be an alias for CLAUDIU PESTELEU.

16.    SA Locistics Engines LLC ("SA Locistics") is a Florida-registered Limited Liability Company organized on July 13, 2023, principal office located in Aventura, FL, whose manager is "Simon Andersen." "Simon Andersen" is believed to be an alias of Co-Conspirator 1.

17.    Equipment Types Machinery LLC ("Equipment Types Machinery") is a Florida-registered Limited Liability Company organized on July 28, 2023, principal office located in Jacksonville, FL, whose authorized member is "Dino Gustavson." "Dino Gustavson" is believed to be an alias of Co-Conspirator 2.

3

18.     Baileys Garage LLC ("Baileys Garage") is a Florida-registered Limited Liability Company organized on November 08, 2023, principal office located in Tampa, FL, whose authorized member is "Oliver Dortt," who is believed to be an alias for an unidentified Co-Conspirator.

19.     Adler Pre Owned LLC ("Adler Pre Owned") is a Florida-registered Limited Liability Company organized on July 25, 2023, principal office located in Palmetto Bay, FL, whose authorized member is "Boris Adler," who is believed to be an alias for an unidentified Co-Conspirator.

20.     Bittman Motors LLC ("Bittman Motors") is a Florida-registered Limited Liability Company organized on June 01, 2023, principal office located in Jacksonville, FL, whose authorized member is "Fritz Bittman," who is believed to be an alias for an unidentified Co-Conspirator.

## RELEVANT TARGET BANK ACCOUNTS

21.     According to records, Regions Bank account ending in "0748" is titled to Zammer Equipment and was opened on July 12, 2023, by "Matthias Zammer," which is a known alias of CLAUDIU PESTELEU, in Jacksonville, FL. "Matthias Zammer" is the sole signatory on the account.

22.     Regions Bank account ending in "9066" is in the name of "Matthias Zammer," and was opened on June 02, 2023, by "Matthias Zammer," which is a known alias of CLAUDIU PESTELEU, in North Miami Beach, FL. "Matthias Zammer" is the sole signatory on the account.

23.     Bank of America, N.A. account ending in "8038" titled to Zammer Equipment opened on June 06, 2023, by managing member "Matthias Zammer," which is a known alias of CLAUDIU PESTELEU, in Jacksonville, FL.

24.   Bank of America, N.A. account ending in "2238" titled to "Matthias Zammer" opened on June 06, 2023, by "Matthias Zammer," which is a known alias of CLAUDIU PESTELEU, in Jacksonville, FL.

25.   Bank of America, N.A. account ending in "6533" is associated with Super Exotic Deals and "Samuel Der Saar," which is believed to be an alias of CLAUDIU PESTELEU.

26.   Truist bank account ending in "0869" is associated with "Samuel Der Saar," and Super Exotic Deals, by way of surveillance footage and another record from a branch located in Dallas, TX, dated June 20, 2024, depicting CLAUDIU PESTELEU, withdrawing $15,000.00 in United States currency.

27.   Truist bank account ending in "7893" is associated with "Fred Laport" by way of surveillance footage and another record from a branch located in Miami Beach, FL, dated June 04, 2024, depicting CLAUDIU PESTELEU, withdrawing $12,000.00 in United States currency.

28.   JPMorgan Chase Bank, N.A. account ending in "2236" titled to SA Locistics opened on July 18, 2023, by manager "Simon Andersen," in Aventura, FL. "Simon Andersen" is believed to be an alias of Co-Conspirator 1.

29.   Wells Fargo Bank, N.A. account ending in "7262" titled to SA Locistics opened on July 18, 2023, by manager "Simon Andersen," in Sunny Isles, FL.

30.   TD Bank, N.A. account ending in "0679" is associated with SA Locistics by way of surveillance footage and another record from a branch located in Aventura, FL, dated August 03, 2023, depicting Co-Conspirator 1, who is believed to have the alias "Simon Andersen," withdrawing $13,000.00 in United States currency.

31.   Truist bank account ending in "0830" is associated with Equipment Types Machinery by way of surveillance footage and another record from a branch located in

Jacksonville, FL, dated August 05, 2023, depicting Co-Conspirator 2, who is believed to have the alias "Dino Gustavson," withdrawing $15,000.00 in United States currency.

32.     Bank of America, N.A. account ending in "8941" titled to Equipment Types Machinery opened on August 01, 2023, by authorized member "Dino Gustavson," in Jacksonville, FL.

33.     Bank of America, N.A. account ending in "2266" titled to Baileys Garage opened on November 14, 2023, by authorized member "Oliver Dortt," in Lutz, FL. "Oliver Dortt" is believed to be an alias.

34.     JPMorgan Chase Bank, N.A. account ending in "1672" associated with "Boris Adler," who is believed to be an alias for an unidentified Co-Conspirator.

35.     TD Bank, N.A. account ending in "2836" associated with "Fritz Bittman," who is believed to be an alias for an unidentified Co-Conspirator.

36.     SouthState Bank, N.A. account ending in "8804" is associated with "Fritz Bittman," who is believed to be an alias for an unidentified Co-Conspirator.

## BACKGROUND CONCERNING THE INVESTIGATION

37.     In August of 2023, HSI Deming began investigating a large-scale criminal conspiracy involving CLAUDIU PESTELEU, and other known and unknown persons, for committing violations of and relating to 18 U.S.C. § 1956 and 18 U.S.C. § 1343.

38.     In furtherance of the conspiracy, the subjects under investigation create and/or cause to be created web pages and/or sites falsely purporting to be legitimate businesses advertising vehicles, boats, farm equipment, heavy machinery, and other conveyances available for sale and/or auction online.

39.     Many pages and/or sites are designed to strongly resemble those of actual legitimate

6

dealerships, often including high resolution photographs, video showcases, and virtual tours that conspirators duplicate from legitimate dealerships' websites. In some instances, the websites have additional sophisticated features such as chat bots that enable customers to communicate with representatives of the "seller" in real-time.

40.    In fact, the "sellers" represented by the co-conspirators to be legitimate businesses were either (1) an entirely fictitious business that has no legitimate incorporation filings or physical location, or (2) a current or formerly legitimate business that was previously incorporated and has / had a physical location, digital footprint, et cetera.

41.    The conspirators regularly create and/or cause to be created numerous web pages and sites corroborating the existence of the fraudulent "seller." Examples include postings to various commercial car sales websites such as Kelly Blue Book, CarFax, AutoTrader, Cars.com et cetera, as well as postings to social media web sites, such as Facebook, and various consumer directories and mapping services such as Google Maps.

42.    After being contacted by victims who locate the advertisements and express interest in completing purchases, the conspirators routinely communicate with victims by way of electronic mail, text messaging, chat messaging, and/or telephone. In doing so, conspirators often negotiate regarding the purchase price and/or delivery fees; offer to schedule appointments during which victims can inspect the item in person; and send additional documentation corroborating the existence of the purported seller and product, including photos and videos not included in the original advertisement; fraudulent history and service reports; warranties; refund policies and money-back guarantees; et cetera. If fraudulently misrepresenting themselves as staff from a legitimate dealership, conspirators also often send copies of the legitimate organization's historical incorporation records and/or business licenses, which are obtainable through the appropriate

regulatory agencies.

43.    After victims agree to complete the purchase for a negotiated price and delivery fee, conspirators provide the victims and/or their banking representatives with wiring instructions and fraudulent titles, bills of sale, purchase orders, and/or invoices. The conspirators further advise victims that they will initiate delivery after the funds transfer is complete.

44.    The actions outlined in the preceding paragraphs serve to legitimize the conspirators' fraudulent activities and dispel any potential suspicions from victims, bank officials reviewing loan applications and/or wire transfer requests, and law enforcement with whom victims inquire about the legitimacy of the "seller." In effect, this maximizes the probability that potential victims will ultimately transfer funds to the conspirators to complete purchases.

45.    After receiving victims' funds, conspirators ultimately terminate contact with the victims and fail to deliver the purchased product.

46.    The bank accounts into which conspirator(s) direct victims to transfer funds are held by beneficiary entities that, while officially incorporated, are otherwise illegitimate shell companies. Unlike many of the purported "seller" entities, these corporations are exclusively controlled by conspirators and lack any association to existing or formerly legitimate companies. Using aliases and fraudulent identification documents purportedly issued by foreign nations, the conspirators establish these entities and bank accounts to receive, layer, and/or launder fraud proceeds.

47.    By way of the fraud scheme described above, conspirators have received proceeds exceeding $2,137,000 from over 50 victims in the United States.

## STATEMENT OF PROBABLE CAUSE

48.    In April of 2024, Victim-1 (V-1), who is from Missouri City, Texas, informed HSI

Deming that V-1 was defrauded of $20,000.00, by SA Locistics, after V-1 transmitted one wire transfer for one 2017 Audi Q7 that V-1 never received.

49.    In or about August of 2023, V-1 communicated with unknown person(s), telephonically and via electronic mail, who identified themselves as "Rodney Penny" (an identity believed to be false) and the first name of the person now believed to be the actual owner of an actual business in Deming, New Mexico (Impersonated Business 1) regarding the purchase of one 2017 Audi Q7 V-1 initially saw for sale on a web site purporting to be associated with Impersonated Business 1. The actual business in Deming, New Mexico had no involvement with V-1.

50.    V-1 was provided a 'New Mexico Vehicle Purchase Order' that read, in part, "SA Locistics Engines LLC dba [Impersonated Business 1]." V-1 was also provided with wiring instructions.

51.    In or about August 14, 2023, V-1 wire transferred $20,000.00 to the SA Locistics JP Morgan Chase Bank, N.A. account ending in "2236" to complete the purchase.

52.    The bank statement for SA Locistics' JP Morgan Chase Bank, N.A. account ending in "2236," from August 1, 2023, through August 31, 2023, showed the beginning balance was $196.13, and increased by $20,000.00 following V-1's wire transfer. On August 16, 2023, there was one 'PIN Code Authorized' 'EWithdrawal', in the sum of $19,500.00.

53.    In May of 2024, Victim-2 (V-2), who is from Eunice, Lea County, New Mexico, informed HSI Deming that V-2 was defrauded of $22,520.00, by SA Logistics, after V-2 transmitted one wire transfer for one 2017 JCB 535-95 Telehandler that V-2 never received.

54.    In or about September of 2023, V-2 communicated with unknown person(s), via electronic mail, whom V-2 believed were from Impersonated Business 2, regarding the purchase

of one 2017 JCB 535-95 Telehandler V-2 initially saw for sale on a web site purporting to be associated with Impersonated Business Website 2.

55.    V-2 was provided wiring instructions that read, in part, "Legal Business Name: SA LOGISTICS ENGINES LLC - DBA [Impersonated Business 2.]"

56.    In or about September 06, 2023, V-2 wire transferred $22,520.00 to the SA Locistics Wells Fargo Bank, N.A. account ending in "7262" to complete the purchase.

57.    The bank statement for SA Locistics' Wells Fargo Bank, N.A. account ending in "7262," from September 1, 2023, through September 30, 2023, showed beginning balance was $100.00, and increased by $22,520.00 following V-2's wire transfer. There was one in-branch withdrawal for $25,000.00, and one in-branch withdrawal for $9,500.00, on September 07, 2023.

58.    In May of 2024, Victim-3 (V-3), who is from Luther, Oklahoma, informed HSI Deming that V-3 was defrauded of $24,000, by SA Locistics, after V-3 transmitted one wire transfer for one Bobcat Skid Steer that V-3 never received.

59.    In or about August of 2023, V-3 communicated with an unknown person, via electronic mail, and telephonically, who identified himself by the name of an actual person whose initials are F.M. who works for Impersonated Business 3, regarding the purchase of one Bobcat Skid Steer V-3 initially saw for sale in a Facebook advertisement that directed V-3 to a web site purporting to be associated with Impersonated Business Website 3.

60.    V-3 was provided wiring instructions that read, in part, "Account Name: SA LOGISTICS ENGINES LLC."

61.    In or about August 4, 2023, V-3 wire transferred the funds to the SA Locistics TD Bank, N.A. account ending in "0679" to complete the purchase.

62.    Review of surveillance footage from a TD Bank, N.A. branch located in Aventura,

FL, dated August 03, 2023, and associated with SA Locistics' TD Bank, N.A. account ending in "0679," depicts Co-Conspirator 1 withdrawing $13,000.00 in cash.

63.    In May of 2024, Victim-4 (V-4), who is from Tabernash, Colorado, informed HSI Deming that V-4 was defrauded of $24,000.00, by Zammer Equipment, after V-4 transmitted one wire transfer for one Bobcat Skid Steer that V-4 never received.

64.    In or about August of 2023, V-4 communicated with unknown person(s), via electronic mail, whom V-4 believed was F.M. of Impersonated Business 3 regarding the purchase of one Bobcat Skid Steer.

65.    V-4 was provided wiring instructions that read, in part, "Account Name: Zammer Equipment and a 'Buyers Guide' that read, in part, "Dealer Name [Impersonated Business 3]."

66.    In or about August 25, 2023, V-4 wire transferred $24,000.00 to the Zammer Equipment Regions Bank account ending in "0748" to complete the purchase.

67.    The bank statement for Zammer Equipment's Regions Bank account ending in "0748," from August 1, 2023, through August 31, 2023, showed balance was $100.00 on August 16, 2023, and increased by $24,000.00 following V-4's wire transfer. There was one Automated Teller Machine withdrawal for $844.00 on August 28, 2023, one wire transfer debit for $16,000.00 on August 28, 2023, and one wire transfer debit for $64,000.00 on August 29, 2023.

68.    On September 28, 2023, there was one wire transfer in the sum of $15,500.00, from Zammer Equipment's Regions Bank account ending in "0748," to JPMorgan Chase, N.A. account ending in "1672," in the name of "Boris Adler," who is believed to be an alias for an unidentified Co-Conspirator.

69.    Records from Zammer Equipment's Regions Bank account ending in "0748," and "Matthias Zammer's", which is a known alias of CLAUDIU PESTELEU, Regions Bank account

11

ending in "9066," revealed the following pattern of equal in sum debits and credits:

    a.  On August 28, 2023, $16,000.00 debit from account ending in "0748" and $16,000.00 credit in account ending in "9066."

    b.  On August 29, 2023, $64,000.00 debit from account ending in "0748" and $64,000.00 credit in account ending in "9066."

    c.  On August 30, 2023, $41,000.00 debit from account ending in "0748" and $41,000.00 credit in account ending in "9066."

70.    Review of "Matthias Zammer's", which is a known alias of CLAUDIU PESTELEU, Regions Bank account ending in "9066," revealed that on August 28, 2023, there was one wire transfer in the sum of $15,500.00, to Payward Ventures Inc. account ending in "4309." On August 29, 2023, there was one wire transfer in the sum of $63,000.00, to Payward Ventures Inc. account ending in "4309." On August 30, 2023, there was one wire transfer in the sum of $41,000.00, to Payward Ventured Inc. account ending in "4309." On August 31, 2023, there was one wire transfer in the sum of $40,996.00, from Payward Ventures Inc. account ending in "4309," to "Matthias Zammer's" Regions Bank account ending in "9066." On September 01, 2023, there was one wire transfer in the sum of $41,000.00, from Regions Bank account ending in "9066" to TD Bank, N.A. account ending in "2836," in the name of "Fritz Bittman," who is believed to be an alias for an unidentified Co-Conspirator. Payward Inc., and Payward Ventures Inc., is doing business as Kraken, a United States-based cryptocurrency exchange.

71.    After identifying Zammer Equipment as a subject entity of interest, HSI Deming obtained surveillance footage photographs depicting who appears to be CLAUDIU PESTELEU engaging in financial transactions for a Zammer Equipment Bank of America, N.A. account ending in "8038," on June 6, 2023, July 28, 2023, August 1, 2023, and August 3, 2023. HSI Deming also

obtained surveillance footage photographs depicting CLAUDIU PESTELEU withdrawing cash from a "Matthias Zammer," which is a known alias of CLAUDIU PESTELEU, Bank of America, N.A. account ending in "2238," on August 9, 2023.

72.    In May of 2024, Victim 5 (V-5), who is from Harlingen, Texas, informed HSI that V-5 was defrauded of $23,500.00, by Equipment Types Machinery, after V-5 transmitted one wire transfer for one 2016 Bobcat Skid Steer T650 that V-5 never received.

73.    In or about August of 2023, V-5 communicated with unknown person(s), via electronic mail, whom V-5 believed to be F.M. of Impersonated Business 3 in Homestead, FL, regarding the purchase of one 2016 Bobcat Skid Steer T650 V-5 initially saw for sale via an advertisement on Facebook.

74.    V-5 was instructed to wire transfer $23,500.00, to the Equipment Types Machinery Truist bank account ending in "0830."

75.    In or about August 10, 2023, V-5 wire transferred $23,500.00, to the Equipment Types Machinery Truist Bank account ending in "0830," for the purchase of one 2016 Bobcat Skid Steer T650.

76.    Review of surveillance footage and another record from a Truist bank branch located in Jacksonville, FL, dated August 05, 2023, and associated with Equipment Types Machinery Truist bank account ending in "0830," depicts Co-Conspirator 2 withdrawing $15,000.00 in cash.

77.    In August of 2024, Victim 6 (V-6), who is from Thermal, California, informed HSI Deming that V-6 was defrauded of $610,000.00, by Baileys Garage, after V-6 transmitted three wire transfers for three 2019 Porsche vehicles that V-6 never received.

78.    In or about November and December of 2023, V-6 communicated with unknown

13

person(s), telephonically and via electronic mail, whom V-6 believed to be A.P. of Impersonated Business 4 in Towanda, PA, regarding the purchase of three 2019 Porsche GT3's, V-6 initially saw for sale on "www.cars.com."

79.     V-6 was provided three 'Motor Vehicle Bill of Sale' that read, in part, "Seller name(s): [Impersonated Business 4]," and three invoices with wiring instructions for Baileys Garage's Bank of America, N.A. account ending in "2266."

80.     On or about November 22, 2023, V-6 wire transferred $196,000.00, to the Baileys Garage Bank of America, N.A. account ending in "2266," to affect the purchase of one 2019 Porsche GT3 RS.

81.     On or about November 28, 2023, V-6 wire transferred $205,000.00, to the Baileys Garage Bank of America, N.A. account ending in "2266," to affect the purchase of one 2019 Porsche GT3 RS.

82.     On or about December 06, 2023, V-6 wire transferred $209,000.00, to the Baileys Garage Bank of America, N.A. account ending 1 "2266," to affect the purchase of one 2019 Porsche GT3 RS.

83.     The bank statement for Baileys Garage Bank of America, N.A. account ending in "2266," from November 14, 2023, through November 30, 2023, showed beginning balance was $0.00, and increased by $401,000.00 following two of V-7's wire transfers.

84.     On November 29, 2023, there was one wire transfer, in the sum of $69,700.00, transmitted from Baileys Garage's Bank of America, N.A. account ending in "2266," to Equipment Types Machinery Bank of America, N.A. bank account ending in "8941."

85.     The bank statement for Baileys Garage Bank of America, N.A. account ending in "2266," from December 01, 2023, through December 31, 2023, showed beginning balance was

$60,954.88, and increased by $209,000.00 following one of V6's wire transfers.

86.    The bank statement for Equipment Types Machinery Bank of America, N.A. account ending in "8941," from November 01, 2023, through November 30, 2023, showed beginning balance was $90.85, and increased by $69,700.00 following the wire transfer from Baileys Garage Bank of America, N.A. account ending in "2266."

87.    In September of 2024, Victim-7 (V-7), who is from Huntington Beach, California, informed HSI that V-7 was defrauded of $215,000.00, by Super Exotic Deals, after V-7 transmitted one wire transfer for one 2022 Porsche GT3 that V-7 never received.

88.    In or about April of 2024, V-7 communicated with unknown person(s), via electronic mail, who identified themselves by name and claimed to work for Impersonated Business 5, regarding the purchase of one 2022 Porsche GT3 V-7 initially seen for sale on a web site purporting to be associated with Impersonated Business 5. Impersonated Business 5 appears to be a legitimate company, in the state of Louisiana, that was established on September 30, 2010.

89.    In or about April 10, 2024, V-7 wire transferred $215,000.00, to the Super Exotic Deals Bank of America, N.A. account ending in "6533" for the purchase of one 2022 Porsche GT3.

90.    CLAUDIU PESTELEU is associated with the Super Exotic Deals Bank of America, N.A. account ending in "6533," by way of one suspected fraudulent or counterfeit Belgium Passport, in the name of "Samuel Der Saar," that he was in possession of during an arrest on or about June 25, 2024, by Gainesville Police Department (GPD). The photograph on the suspected fraudulent or counterfeit Belgium passport appears to be CLAUDIU PESTELEU with medium-to-long facial hair.

91.    On or about September 11, 2024, HSI Deming received supporting documentation

15

from Bank of America, N.A. for Super Exotic Deals' account ending in "6533." A review of the supporting documentation revealed that on April 10, 2024, there was a $215,000.00 wire transfer credit posted to Super Exotic Deals' Bank of America, N.A. account ending in "6533," and at least one cash withdrawal, in the sum of $20,000.00, whose description indicates it occurred in Sunny Isles Beach, FL. Supporting documentation also revealed the address associated with Super Exotic Deals was in Pembroke Pines FL.

92.    In September of 2024, Victim 8 (V-8), who is from Greenville, Michigan, informed HSI Deming that V-8 was defrauded of $22,200.00, by Adler Pre Owned, after V-8 transmitted one wire transfer for one Caterpillar skid steer that V-8 never received.

93.    In or about December of 2023, V-8 communicated with unknown person(s), via electronic mail, whom V-8 believed were representatives of Impersonated Business 6, regarding the purchase of one Caterpillar skid steer that V-8 saw for sale on Impersonated Business Website 6.

94.    V-8 was provided an invoice that read, in part: "[Impersonated Business 6]" and contained wiring instructions that read, in part: "Business Account Name: ADLER PRE OWNED, LLC."

95.    On or about December 27, 2023, V-8 wire transferred $22,200.00, to "Boris Adler," who is believed to be an alias for an unidentified Co-Conspirator, JPMorgan Chase Bank, N.A. account ending in "1672" to affect the purchase of one Caterpillar skid steer.

96.    In September of 2024, Victim 9 (V-9), who is from Phoenix, Arizona informed HSI Deming that V-9 was defrauded of $42,900.00, by Bittman Motors, after V-9 transmitted one wire transfer for one 2015 Airstream that V-9 never received.

97.    In or about September of 2023, V-9 communicated with unknown person(s),

16

telephonically and via electronic mail, who V-9 believed were representatives of Impersonated Business 7, regarding the purchase of one 2015 Airstream that V-9 saw for sale on a Google Sites web page purporting to be associated with Impersonated Business 7.

98. On or about September 13, 2023, V-9 wire transferred $42,900.00, to Bittman Motors, which is associated with "Fritz Bittman", who is believed to be an alias for an unidentified Co-Conspirator, SouthState Bank, N.A. account ending in "8804" to affect the purchase of one 2015 Airstream.

99. In June of 2024, GPD arrested a person who identified himself as "Thomas Muller," a known alias of CLAUDIU PESTELEU, and provided "Deutschland" identification in that name, for numerous state offenses related to narcotics and fraudulent document possession. During CLAUDIU PESTELEU's arrest, GPD seized multiple suspected fraudulent documents from CLAUDIU PESTELEU, including but not limited to:

    a. One Belgium passport, number ending in "3617" in the name of "Samuel Der Saar," with male photograph depicting who appears to be CLAUDIU PESTELEU.

    b. One JPMorgan Chase Bank N.A. card ending in "4101" in the name of "Samuel Der Saar".

    c. One Wells Fargo Bank card ending in "8406" in the name of "Samuel Der Saar".

    d. One Wells Fargo bank card ending in "7738" in the names of "Samuel Der Saar" and Super Exotic LLC.

    e. One Luxembourg passport, number ending in "0307" in the name of "Fred Laport," with male photograph depicting who appears to be CLAUDIU PESTELEU.

100. Following CLAUDIU PESTELEU's arrest, ICE Enforcement and Removal Operations (ERO) compared "Thomas Muller's" fingerprints against those collected from

CLAUDIU PESTELEU during previous primary inspections upon entering the United States. The fingerprints matched, thereby identifying "Thomas Muller" as CLAUDIU PESTELEU.

101.    In July of 2024, HSI Special Agents interviewed "Thomas Muller" at the Alachua County Jail in Gainesville, Florida. When asked what he would like to be called during the interview, "Thomas Muller" identified himself as CLAUDIU PESTELEU and stated that he was born in Debrecen, Hungary in October of 1981. Without being asked by Special Agents, CLAUDIU PESTELEU volunteered that he believed they wanted to interview him because he had fraudulent documents during his arrest by GPD.

102.    On July 12, 2024, HSI Deming received information indicating that on July 9, 2023, the St. Johns County, Florida Sheriff's Office (SJCSO) stopped a white 2023 BMW X7. During the stop, SJCSO Deputies encountered two male subjects who identified themselves as "Thomas Muller" and the person believed to be Co-Conspirator 2.

103.    CLAUDIU PESTELEU appeared to be one and the same as the person depicted in surveillance records withdrawing cash from Zammer Equipment Bank of America, N.A. account ending in "8038," and "Matthias Zammer," which is a known alias of CLAUDIU PESTELEU, who is associated with Bank of America, N.A. account ending in "2238," as well as the person depicted in Belgium passport in the name of "Samuel Der Saar."

104.    CLAUDIU PESTELEU appeared to be one and the same as the person depicted in surveillance records withdrawing cash on June 04, 2024, "Fred Laport," which is a known alias of CLAUDIU PESTELEU, Truist bank account ending in "7893," as well as the person depicted in Luxembourg passport in the name of "Fred Laport." The withdrawn cash is believed to be proceeds from victims.

105.    CLAUDIU PESTELEU appeared to be one and the same as the person depicted in

18

surveillance records withdrawing cash on June 20, 2024, from Super Exotic Deals Truist bank account ending in "0869," associated with "Samuel Der Saar," which is a known alias of CLAUDIU PESTELEU. The withdrawn cash is believed to be proceeds from victims.

106. To date, HSI Deming has identified fifteen victims who collectively transferred approximately $525,000, to accounts controlled by Zammer Equipment, as well as two victims who collectively transferred $327,000 to bank accounts controlled by "Samuel Der Saar", and/or Super Exotic Deals, prior to CLAUDIU PESTELEU's arrest.

107. HSI Deming discovered a photograph posted to CLAUDIU PESTELEU's spouse's Facebook account, on September 21, 2023, depicting Co-Conspirator 2, and Co-Conspirator 2's spouse, alongside CLAUDIU PESTELEU's spouse.

108. In September of 2024, ICE ERO notified HSI Deming that CLAUDIU PESTELEU is scheduled to be removed from the United States on or about October 10, 2024, in the absence of legal process requiring him to remain in the United States.

## CONCLUSION

109. Based on the above information, I respectfully submit that there is probable cause to believe that CLAUDIU PESTELEU conspired to commit wire fraud in violation of sections 18 U.S.C. §§1343 and 1349 and conspired to commit money laundering in violation of sections 18 U.S.C. §§ 1956 and 1957.

19

Respectfully Submitted,

Juan C. Sanchez
Special Agent
Homeland Security Investigations

Electronically submitted and telephonically sworn to before me on

October 4, 2024.

THE HONORABLE DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE