UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# CONTINUED SENTENCING MINUTE SHEET

| | | | | |
|---|---|---|---|---|
| CR No: | **25-4289 RB** | USA vs.: | **PESTELEU** | |
| Date: | **03/11/2026** | Name of Deft: | **CLAUDIU PESTELEU** | |
| Before the Honorable: | | **ROBERT C. BRACK, SENIOR UNITED STATES DISTRICT JUDGE** | | |
| Time In/Out: | **10:15 AM – 11:20 AM** | Total Time in Court (for JS10): | **1 HOUR 5 MINUTES** | |
| Clerk: | **JO ANN O. STANDRIDGE** | Court Reporter: | **SANDRA SILVA (ZOOM)** | |
| AUSA: | **GRANT GARDNER / RICHARD WILLIAMS** | Defendant's Counsel: | **JESSICA MARTIN** | |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **N/A** | |
| Probation Officer: | **RACHEL STEVENS** | Sworn? | Yes | No |

| | | | | | | |
|---|---|---|---|---|---|---|
| Convicted on: | X | Plea | Verdict | As to: | X Information | Indictment |
| If Plea: | X | Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| If Plea Agreement: | | Accepted | X Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | **10/16/2025** | | | PSR: | X Not Disputed | Disputed |
| PSR: | X | Court Adopts PSR Findings | | Evidentiary Hearing: | X Not Needed | Needed |
| Exceptions to PSR: | | | | | | |

## SENTENCE IMPOSED

Imprisonment (BOP):

Supervised Release:          Probation:

- 500-Hour Drug Program
- BOP Sex Offender Program
- OTHER:

Court recommends ICE begin removal proceedings immediately or during service of sentence    ICE not applicable

### SPECIAL CONDITIONS OF SUPERVISION

| | |
|---|---|
| No re-entry without legal authorization (if deported) | Home confinement for ___ months ___ days |
| Comply with ICE laws and regulations | Community service for ___ months ___ days |

**OTHER:**

| | |
|---|---|
| Fine: $ | Restitution: $ |
| SPA: $ | Payment Schedule: Due Imm. / Waived |
| OTHER: | |

| | | |
|---|---|---|
| | Advised of Right to Appeal | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody | Voluntary Surrender |
| | Recommended place(s) of incarceration: | |
| | Dismissed Counts: | |

**OTHER COMMENTS:**

DOCUMENTS FILED IN OPEN COURT TODAY:
- AMENDED INFORMATION
- WAIVER OF INDICTMENT
- AMENDED PLEA AGREEMENT

****************************************************************************

COURT: ADDRESSES PARTIES REGARDING CASE. ADDRESSES DEFT'S INDICATION THAT HE HAS CANCER. INQUIRES OF PARTIES IF & HOW THIS HAS BEEN VERIFIED.

J MARTIN: RESPONDS TO COURT'S INQUIRY RE: DEFT'S CANCER DIAGNOSIS. USMS HAS TRANSPORTED DEFT TO ONCOLOGIST APPTS. TEXAS ONCOLOGY FAXED RECORDS TO DEFENSE COUNSEL. NO REASON TO DOUBT THESE ARE NOT FACTUAL RECORDS.

COURT: CONFIRMS THAT DEFT HAS A TERRIBLE MEDICAL DIAGNOSIS. ON BASIS OF THE DIAGNOSIS DEFT MAY POTENTIALLY GET OUT OF JAIL. CONFIRMS A FEW OF THE VICTIMS ALSO HAVE CANCER DIAGNOSIS. IS THERE ANY HOPE OF RESTITUTION.

J. MARTIN: DEFT GOING TO DO EVERYHING POSSIBLE TO REPAY THE RESITUTION AS ORDERED. DEFT OWNS AN APARTMENT UNIT, 9 YR OLD CAR, BANK ACCT W/LESS THAN $10K. NOTHING HAS BEEN VERIFIED.
AUSA: GOV'T HAS SEIZED A BANK ACCT W/$63K. GOV'T HAS IDENTIFIED AN ADDITIONAL ACCT W/$40K NOT SEIZED AS OF YET.
J. MARTIN: VERIFIES DEFT'S APARTMENT UNIT IS IN HUNGARY (NOT IN USA).
COURT: BASED ON DEFT'S CURRENT ASSESTS, DEFT COULD POSSIBLY PAT RESTITUTION TO VICTIMS OF LESS THAN $100K, ON AN ESTIMATED $1.7 MILLION DOLLAR RESTITUTION.
10:28 – 10:31 BENCH CONFERENCE
10:31 – 10:32 CONVERSATION W/USMS (OFF RECORD)
COURT: AGREES TO PROCEED W/TAKING THE PLEA. SWEARS DEFT.
COURT: ADDRESSES AMENDED INFORMATION (TO BE FILED TODAY); WAIVER OF INDICTMENT (DEFT CONFIRMS SIGNATURE); AMENDED PLEA AGREEMENT (DEFT CONFIRMS SIGNATURE).
DEFT: UNDERSTANDS TERMS STATED WITHIN THE AMENDED PLEA AGREEMENT. ENTERS INTO PLEA – GUILTY
COURT: SENTENCING-IDENTIFIES DOCUMENTS READ AND PREPARED PRIOR TO HEARING. ADDRESSES ADDITIONAL INFORMATION JUST REC'D FROM USMS - DEFT STARTED DENYING MEDICAL APPTS. USMS NEVER VIEWED MEDICAL PROGNOSIS.
J. MARTIN: ADDRESSES USMS RESPONSE. DEFT HAS REFUSED 5 CHEMO THERAPY SESSIONS BECAUSE HE FELT HIS AMMUNE SYSTEM WOULD BE COMPROMISED AND WOULD AFFECT HIS TRANSPORT BACK TO HUNGARY.
USPPO: DEFT HAS AN ICE DETAINER. USPPO HAS NO WAY TO SUPERVISE DEFT ONCE HE HAS BEEN DEPORTED.
COURT: CONFIRMS THERE IS NO WAY TO ENFORCE RESTITUTION, IF DEFT IS DEPORTED.
USPPO: EVEN IF RESTITUTION CAN NOT BE ENFORCED IN THIS CASE IT WILL SERVE TO HAVE THE RESTITUTION ON THE RECORD FOR FUTURE CASES.
COURT: INQUIRES IF VICTIMS WILL HAVE TO CONTINUOUSLY FILE FOR RESTITUTION IN FUTURE CASES. INQUIRES IF VICTIMS HAVE BEEN INFORMED OF THE TERMS OF THE AMENDED PLEA AG.
USPPO: VERIFIES VICTIMS WERE NOT INFORMED OF TERMS OF AMENDED PLEA AG.
AUSA: VERIFIES VICTIMS WERE NOTIFIED OF TODAY'S HEARING. NOT ALL VICTIMS WERE NOTIFIED OF AMENDED PLEA OFFER.
J. MARTIN: REQUESTS SENTENCE OF TIME SERVED. DEFT WILL DO EVERYTHING POSSIBLE TO COMPLY W/PAYMENT OF RSTITUTION. DEFT HAS A BETTER CHANCE OF LIQUIDATING HIS ASSETS LOCATED IN HUNGARY, IF HE IS RELEASED FROM CUSTODY. DEFT IS REQUESTING IMMEDIATE REMOVAL TO HIS HOME COUNTRY. DEFT PLAYED A MINOR ROLE IN THIS MATTER. DEFT IS REQUESTING A TIME SERVED SENTENCE BECAUSE OF THE AGGRESSIVE NATURE OF CANCER AND THE IMMEDIATE NEED FOR CHEMO/RADIATION TREATMENT.
AUSA: DEFT PARTICIPATED IN A SOPHISTICATED SCAM. DEFT WAS NOT RUNNING THE CONSPIRACY. DEFT CREATED BANK ACCTS & REMOVED MONEY FROM ACCTS. NO REASON TO DOUBT DEFT DOES NOT HAVE CANCER. CONCURS W/TIME SERVED RECOMMENDATION.
DEFT: ADDRESSES THE COURT.
COURT: ADDRESSES THE REASON FOR EXPEDITED REQUEST. BASIS IS BECAUSE DEFT HAS AN AGGRESSVE FORM OF CANCER. ADDRSSES DEFT REGARDING CRIME COMMITTED.
**COURT: NOT ACCEPTING AMENDED PLEA AGREEMENT. DEFT MAY W/DRAW PLEA AGREEMENT.**
J. MARTIN: REQUESTING COURT ACCEPT PREVIOUS PLEA AG CURRENTLY ON FILE.
COURT: UNSURE IF REJECTING AMENDED PLEA AGREEMENT ALLOWS FOR THE PREVIOUS PLEA AGREEMENT TO STAND. REQUESTS PARTIES LOOK INTO THIS.
AUSA WILLIAMS: DEFT'S GUILTY PLEA IS IN PLACE
COURT: CONFIRMS VICTIMS MAY APPEAR VIA ZOOM FOR THE NEXT HEARING.
J. MARTIN: DEFT WOULD LIKE TO TAKE ADDITIONAL TIME TO REVIEW HIS OPTIONS.

**11:20 AM  COURT IN RECESS**