IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )          Case No. 25cr4289-RB
                                    )
    vs.                             )
                                    )
CLAUDIU PESTELEU,                   )
                                    )
            Defendant.              )

**UNITED STATES' UNOPPOSED MOTION
FOR ENTRY OF ORDER OF FORFEITURE**

The United States respectfully moves this Court, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982; 28 U.S.C. § 2461(c);  and Fed. R. Crim. P. 32.2(b)(1), (2), for an order of forfeiture against Defendant in the amount of **$1,799,978**, which represents property constituting or derived from proceeds traceable to Defendant's violation of 18 U.S.C. § 1349, as charged in the information (Doc. 62).  Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A), the order of forfeiture will become final at Defendant's sentencing.  The grounds for this motion are as follows:

1. Defendant pleaded guilty to an information (Doc. 62) on April 14, 2026, which charged him with violating 18 U.S.C. § 1349 by conspiring with others to commit wire fraud— i.e., by agreeing with others to execute a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises and by knowingly and willfully engaging in the numerous acts and omissions in order to effectuate that scheme.

2. Defendant agreed to the imposition of a forfeiture money judgment against him for **$1,799,978**, which represents property constituting or derived from proceeds traceable to a violation of 18 U.S.C. § 1349 (conspiracy to commit wire fraud) as charged in the

information. *See* Doc. 62 (information); Doc. 65 (Second Amended Plea Agreement) at ¶¶ 20–22.

3. The Court's authority to order forfeiture of property for a violation of 18 U.S.C. § 1349 (conspiracy to commit wire fraud) is found in 18 U.S.C. § 981(a)(1)(C), which provides for the civil forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to a violation constituting "specified unlawful activity"—or a "conspiracy to commit such offense." *See* 18 U.S.C. §§ 1956(c)(7)(A), 1961(1)(B) (listing wire fraud as a "specified unlawful activity"). Although § 981(a)(1)(C) is a civil forfeiture statute, 28 U.S.C. § 2461(c) authorizes the criminal forfeiture of any property that can be forfeited civilly using procedures for the criminal forfeiture and disposition of property set forth in 21 U.S.C. § 853.

4. Because Defendant no longer has access to this $1,799,978 in proceeds that were traceable to his conspiracy to commit wire fraud, the United States requests that the Court permit it to seek, as a substitute asset under 21 U.S.C. § 853(p), the forfeiture of any other property of the Defendant up to the value of $1,799,978.

5. The United States further requests that the Court include the forfeiture when orally announcing the sentence and include the forfeiture order in the judgment as required by Fed. R. Crim. P. 32.2(b)(4)(B).

6. Counsel for the Defendant does not oppose this motion.

WHEREFORE, the United States respectfully requests this Court enter an order of forfeiture against Defendant for **$1,799,978**, which represents property constituting or derived from proceeds traceable to Defendant's conspiracy to commit wire fraud.

Very Respectfully,

TODD BLANCHE
Acting Attorney General
RYAN ELLISON
First Assistant United States Attorney


RICHARD C. WILLIAMS
GRANT B. GARDNER
Assistant U.S. Attorneys
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304


I HEREBY CERTIFY that I
electronically filed the foregoing using
the CM/ECF system which will send notification to
defense counsel of record by electronic means.

*Electronically Filed*
GRANT B. GARDNER
Assistant United States Attorney

3